(V. D. 10)

CARL ZEISS, INC. *v.* UNITED STATES

Entry No. 958936.

(Decided September 16, 1954)

*Lane, Young & Fox* (*William H. Fox* of counsel) for the plaintiff.

*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *Carl Zeiss, Inc.* v. *United States*, 32 Cust. Ct. 490, Abstract 58082. The judgment entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | German Deutsche Marks |
|---|---|---|---|
| 215712–K/5883–53 | 958936 | Binoculars with cases | |
| | | 20 pcs., 8 x 30 | |
| | | Binoculars, each | 123. 24 |
| | | Carrying cases, each | 15. 70 |
| | | 10 pcs., 10 x 50 | |
| | | Binoculars, each | 235. 00 |
| | | Carrying cases, each | 18. 50 |

| Remand of protest No. | Entry No. | Merchandise | German Deutsche Marks |
|---|---|---|---|
| 215712–K/5883–53 | 958936 | 5 pcs., 8 x 56 | |
| | | Binoculars, each | 278. 15 |
| | | Carrying cases, each | 19. 60 |
| | | 10 pcs., 7 x 42 | |
| | | Binoculars, each | 280. 40 |
| | | Carrying cases, each | 17. 35 |
| | | 3 pcs., 16 x 56 | |
| | | Binoculars, each | 288. 65 |
| | | Carrying cases, each | 19. 60 |
| | | 20 pcs., 6 x 30 | |
| | | Binoculars, each | 112. 55 |
| | | Carrying cases, each | 15. 70 |
| | | | plus packing as invoiced |